IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:03cr57-MHT |
| MARNAIL WASHINGTON | ) | (WO) |

## OPINION

Upon consideration of the recommendation of the Retroactivity Screening Panel entered today and after an independent and de novo review of the entire record, the court is of the opinion, for the reasons set forth in the recommendation, that the recommendation should be followed, defendant Marnail Washington's motion for retroactive application of the sentencing guidelines to his crack cocaine offense granted, and the sentence for defendant Washington reduced. An appropriate judgment will be entered.

DONE, this the 19th day of February, 2013.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE